# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| UNITED STATES OF AMERICA, | JUDGMENT on a Motion pursuant to 28 U.S.C. § 2255 |
| Plaintiff, | |
| v. | Case No.: 02-cr-90-bbc |
| WESLEY HANSON, | 09 C 172 C |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.

PETER OPPENEER

Peter Oppeneer, Clerk

*S. Vogel*
by Deputy Clerk

3/25/09
Date

Copy of this document has been provided to: *Defendant*
this 25 day of Mar., 2009
by _____
S. Vogel, Secretary to
Judge Barbara B. Crabb